Request for Default Judgment by Court: Rule 55(b)(2)

2024 JAN 22 PM 12:23

U.S. DISTRICT COURT
EASTERN DIST. TENN.

Form No. 55:20 Motion for Default Judgment by Court 1

_Pro Se_ [name of attorney]
_____ [name of firm]
_____ [street address]
_____ [phone number]
_____ [fax number]
_____ [e-mail address]
_____ [state bar i.d. number]
Attorneys for _____ [name of party]

UNITED STATES DISTRICT COURT
_Eastern_ District of _Tennessee_

_Nathan S. Marlow_ [Name of plaintiff],
_Petitioner_ Plaintiff
vs.
_United States_ [Name of defendant],
_Respondent_ Defendant

No. _3:23-cv-371-TAV-DCP_

Motion for Notice of Default and
MOTION FOR DEFAULT JUDGMENT
(Fed. R. Civ. P. 55(b)(2))

Hearing Date: _____

Hearing Time: _____

Courtroom: _____

**Relief Sought**

~~Petitioner~~ Marlow [Name of moving party] moves this court for ~~entry of a default judgment against~~ Notice of Default and entry of default against

090                                     1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

United States [name of defaulting party] under Rule 55(b)(2) of the Federal Rules of Civil Procedure. _____ [Name of moving party] requests that the judgment be Vacation of Sentence ~~be further set forth in the attached proposed default judgment 2~~ or ~~for ____ (set out terms of judgment sought, e.g., for $____, together with prejudgment interest in the amount of $____, reasonable attorney's fees of $____, costs of suit of $____, and that the judgment bear interest at the judgment rate from the date of entry until paid)~~. and Vacation of Conviction

*Grounds for Relief*

The Court should enter the judgment requested against United States [name of defaulting party] and in favor of Petitioner Marlow [name of moving party] because:

1. The default of United States [name of defaulting party] was entered by the court on _____ [date].

~~[Alternative One. No appearance by defaulting party]~~

2. _____ [*Name of defaulting party*] has not appeared in this action, and is not entitled to notice of this application for entry of a default judgment.

~~[Alternative Two. Defaulting party has appeared]~~

2. _____ [*Name of defaulting party*] has appeared in this action, and notice of this application was given to [*add, if defaulting party appeared through representative:* the conservator of *or* the guardian of *or* the next friend of *or* the attorney-in-fact of]_____ [*name of defaulting party*] more than seven days before any hearing on this application, as is shown in the attached Certificate of Service. 3

*[Continue with form]*

3. The _____ [*description of pleading setting out claim, e.g.*, First Amended Complaint] in this action sets out a valid claim for _____ [*description of type of claim, e.g.*, personal injuries *or* breach of contract *or as appropriate*]. By virtue of the default, _____ [*name of defaulting party*]

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

may not challenge any of the factual allegations supporting that claim.

4. The terms of relief sought in the requested judgment _____ [are fully justified by the facts shown in the attached affidavits and the attachments to them *or* will be established by the evidence presented at the hearing].

[*Alternative One. Defaulting party not minor or incompetent person*]

5. _____ [*Name of defaulting party*] is not a minor or an incompetent person.

[Alternative Two. *Defaulting party adequately represented despite disability*]

5. _____ [*Name of defaulting party*] is a _____ [minor *or* person declared by a court of competent jurisdiction to be incapable of handling _____ (his *or* her) affairs]. However, a _____ [*describe representative, e.g.,* duly appointed guardian of the person and estate] of _____ [*name of defaulting party*] appeared in this action through counsel and represented the interests of _____ [*name of defaulting party*] until the default was entered by the court.

[*Continue with form*]

6. Attached to this motion is an Affidavit that complies with the requirements of the Servicemembers Civil Relief Act (50 U.S.C. § 3901 et seq.), which shows that _____ [*name of defaulting party*] _____ [is not currently serving in the military *or* is currently serving in the military *or* affiant is unable to determine if defaulting party is in military service]. 4

[Optional provision. *Add when requesting party entitled to have jury assess damages*]

7. Under the provision of _____ [*cite United States statute guaranteeing right to jury determination of damages*], _____ [*name of moving party*] is entitled to have a jury determine the facts as to _____ [*specify, e.g.,* the

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Case 3:23-cv-00371-TAV-DCP    Document 5    Filed 01/22/24    Page 3 of 8    PageID #: 60

amount of damages, including entitlement to punitive damages and the appropriate amount of those damages].
_____ [*Name of moving party*] expressly requests that the hearing on this application for judgment be before a jury, as provided in the cited statute.

*[Conclude form]*

*Supporting Papers*

This motion is based on this document, [the Notice of Motion], 5 the accompanying affidavit(s), (the accompanying Memorandum of Law), on all of the pleadings and papers on file in this action, and on whatever evidence and argument is presented at a hearing on this motion.

Dated: 1·10·2024

_____ [firm name]

By: *Nathan S. Marlow* [signature]
Nathan S. Marlow [typed name]
Federal Medical Center Lexington
P.O. Box 14500 [address]
Lexington, KY 40512

Signed under penalty of perjury and 28 U.S.C. § 1746 as true and accurate to the best of my knowledge and belief

Nathan S Marlow
Nathan S. Marlow

1·10·2024
Date

090 4

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AFFIDAVIT IN SUPPORT OF REQUEST TO
ENTER THE DEFAULT OF _United States_ [NAME]
(Fed. R. Civ. P. 55(a))

AFFIDAVIT OF _Nathan S. Marlow_ [NAME OF AFFIANT]

§2255  3:23-cv-371-TAV-DCP

State of _Tennessee_ )
)
)

County of _Knox_

_Nathan S. Marlow_ [Name of affiant], being duly sworn, deposes and states:

1. My name is _Nathan S. Marlow_ [name of affiant].

2. I am over 18 years of age. I reside at _Federal Medical Center P.O. Box 14500_ [street address] in _Lexington, KY_ [city, state]. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the [identity of affiant, e.g., plaintiff or attorney for the plaintiff] in this action.

4. On _10.11.2023_ [date], I delivered the _2255 Motion_ [name of pleading and, if appropriate, process, e.g., summons and complaint] in this action to _U.S. Attorney's Ofc._ [name of person who completed proof or certificate of service]. _by U.S. Mail_ [Name of person who completed proof or certificate of service] properly served the _____ [name of pleading, e.g., summons

090                              1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

and complaint] on _____ [*name of defaulting party*] on _____ [*date*] under the provisions of Rule _____ [4 *or* 5] of the Federal Rules of Civil Procedure and certified that fact to this Court in a _____ [Proof *or* Certificate] of Service dated *10-11-2023* [*date*]. The _____ [Proof *or* Certificate] of Service was duly filed with this Court on _____ [*date*], and a file-stamped copy of the _____ [Proof *or* Certificate] is attached to this Affidavit as Exhibit "_____."

5. *United States* [*Name of defaulting party*] has failed to serve and file an *Response* [*name of responsive pleading, e.g., answer or reply to the counterclaim*] or otherwise responded to the *2255 Motion* [*name of pleading, e.g., complaint or cross-claim*].

6. Under Rule 12(a)(*5d*) *Rules for 2255* of the Federal Rules of Civil Procedure, the time limit for responding to the *2255* [*name of pleading, e.g., complaint or counterclaim*] has now expired, and the time for *United States* [*name of defaulting party*] has not been extended by any stipulation of the parties or any order of the Court.

[*Alternative One. Defaulting party is individual*]

7. _____ [*Name of defaulting party*] is not a minor or an incompetent person. _____ [*Factual basis for statement, e.g.,* I am personally familiar with and have met with _____ (*name of defaulting party*) within the past _____ (*number*) _____ (*days or weeks or as appropriate*). I know that _____ (*he or she*) is an adult and appears to be capable of managing _____ (*his or her*) own affairs.]

[*Alternative Two. Defaulting party is legal entity*]

7. *United States* [*Name of defaulting party*] could not be a minor or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure because it is a *Government Entity* [*describe legal entity, e.g., corporation organized and existing under the laws of the State of _____, with its principal place of business in _____ (city, state)*].

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*[Optional. Use if local rules require that defaulting party's military status be addressed]. 2*

8. United States [Name of defaulting party] is not in military service.

*[Conclude affidavit as follows]*

Signed by me on 1·10·2024 [date] at Lexington, Kentucky [city, state].

_Nathan S Marlow_ [signature of affiant]
Nathan S. Marlow [typed name of affiant]

Signed under penalty of perjury and 28 U.S.C. § 1746 as true and accurate to the best of my knowledge and belief.

_Nathan S. Marlow_
NATHAN S MARLOW

1·10·2024
DATE

090     3

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Petitioner pro se, Nathan S. Marlow, hereby requests favorable reading and for the enclosed motion/notice to be liberally construed in favor of Petitioner as the moving party. *Haines v. Kerner*, 404 U.S. 519 (1972); *Erickson v. Pardus*, 551 U.S. 89, 91 (2007).

_Nathan S. Marlow_    _1-10-2024_
Nathan S. Marlow        Date