UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NATHAN S. MARLOW, | ) |
| Petitioner, | ) ) ) |
| v. | ) Nos.: 3:23-CV-371-TAV-DCP |
| | ) 3:18-CR-6-TAV-DCP-1 |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons set forth in the accompanying opinion, it hereby is **ORDERED** and **ADJUDGED** that petitioner's § 2255 motion [Case No. 3:23-CV-371, Doc. 1; Case No. 3:18-CR-6, Doc. 657] is **DENIED,** and this action is **DISMISSED** with prejudice.

Should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED** because he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Additionally, the Court has reviewed this case in accordance with Rule 24 of the Federal Rules of Appellate Procedure and hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, any application by petitioner for leave to proceed *in forma pauperis* on appeal is **DENIED**. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil case file at 3:23-cv-371.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT